IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00957-RPM-CBS

BEN GONZALEZ, and
SHANON GONZALEZ f/k/a SHANON MERINAR,

        Plaintiff(s),

v.

COLLECTION TECHNOLOGY, INC., a California corporation,
MICHAEL "DOE", whose true name is unknown,
DAVE "DOE", whose true name is unknown, and,
CHRIS "DOE", whose true name is unknown,

        Defendant(s).

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulated Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

BY THE COURT:

9-29-05
DATE

HONORABLE RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE